FILED

MAR 29 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff Lowell Green #00518622

v.

Case No. SA23CA0421 JKP

Defendant Unknown Defendants

---

Please See Complaint attached

1) 19-10322 (3:18-cv-1459) (5:23-cv-107) Fraud Page [illegible] of [illegible]

TREASON IS A HIGH CRIME

Polunsky Unit (19-10322) Lowell DeQuincy Green TDCJ# 518622 Case 3:18-cv-1459-M-BT Filed June 14, 2019 Document 55-1 (F84-97008 ADDIECH ADJUDGED May 23, 2019. FALSE IMPRISONMENT-[illegible]

2) [illegible], NO JURISDICTION (1994-654-C2) Jun. 02, 2014

3) [illegible] NO JURISDICTION (08721260) WR-82,401-10 (Aug. 2018) Misdemeanor, [illegible].

4) [illegible] May 24. 2012 April 11. 2012 Cause no. 2012-704-C2 (Void) Life Sentence (6:15-cv-285) 16-50522 (5th Cir) (6:16-cv-424-RP) 17-50165 (reason) (6:17-cv-[illegible]-RP) 17-50648 (treason) (6:17-cv-245-RP) 17-50973 (5th Cir) Jerry E. Smith. Clements. Haynes (treason) Public trust breached (6:18-cv-313) (1994-654-C) Green v. Finch (Alan D. Albright) (treason. 19-50037

5) Green v. Stone (2012-704-C2) 5:18-cv-1094 (W.D. Tex. S.A.) (David A. Ezra) (treason 19-50089 (5th Cir) EXHAUSTION Satisfied Congress Make the Laws. Not Fifth Circuit, Not judge(s) district court, or Clerk Refusing to uphold Oath is treason (5:23-cv-107) aiding and abetting. Conspiracy (two or more)

Page [illegible]. see other side

19-10322 (5:23-CV-19) Fraud Page 3 of 3
(5:23-CV-101) JKP (Jan. 27, 2023) Treason (5:23-CV-102) Fed Brief
PUB 88291, 292, Cong. Globe, 34th Cong. 1st, 5055, 1758, 1866, C.

Green v. Pitman, et al., No. 4:18-CV-03975 (S.D. Tex. Oct. 24, 2018) (same); *Green v. Davis, et al.*, No. 6:16-CV-01261-JCB-KNM (E.D. Tex. Aug. 27, 2018) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1), which authorizes dismissal when action is frivolous, malicious, or fails to state claim upon which relief may be granted); *Green v. Cooper, et al.*, No. 6:16-CV-01260-RC-KNM (W.D. Tex. Aug. 14, 2018) (dismissed for failure to state claim upon which relief may be granted); *Green v. State of Tex. Gov't, et al.*, No. 17-50165 (5th Cir. Nov. 27, 2017) (appeal dismissed as frivolous); *Green v. State of Tex., et al.*, No. 6:17-CV-092-ADA (W.D. Tex. May 18, 2017) (dismissed as frivolous); *Green v. State of Tex. Gov't, et al.*, No. 6:16-CV-424-ADA (W.D. Tex. Feb. 13, 2017) (same); *Green v. Davis, et al.*, No. 6:17-CV-419-ADA (W.D. Tex. Feb. 13, 2017) (same); *Green v. Sapin, et al.*, No. 7:16-CV-00014-O (N.D. Tex. Feb. 24, 2016) (same); *Green v. O'Connor Stephens*, No. 4:15-CV-3257 (S.D. Tex. Nov. 5, 2015) (dismissed for failure to state claim upon which relief may be granted).[1] Therefore, under the three-strikes rule, Green may not file another

18-40711 (5th Cir) 2012-704-2, Ken Paxton Discovery, Treason (F89-47008-HS) (1994-654-C) (0872126-D) Cannot be Frivolous, Treason (SAME) (SAME) (SAME) (SAME) FALSE STRIKES (TREASON) Obstruction, First Amendment
17-50641 Illegal (25) Years 6:15-CV-366-RP, 16-51098 JES, LHS + Treason
F89-47008-H) Void Gang Assault, Tex. Tech-Med. Mental Health
19-20421 (F89-47008-HS) (1994-654-C) (0872126-D) (2012-704-2)
(2012-790-2) (2012-791-2), 5th Cir-02, at 308 Green v. State 04-13-00456-CR (6:15-CV-286) Records.

[1] Numerous courts have recognized Green's three-strike status and dismissed on that basis when he failed to show imminent danger of serious bodily injury. *See Green v. Tex. Parole Bd.*, No. 3:21-CV-03190-K-BN (N.D. Tex. Mar. 23, 2022); *Green v. USA*, No. 6:21-CV-00716-ADA (W.D. Tex. July 15, 2021); *Green v. Pitman*, No. 6:21-CV-00664-ADA (W.D. Tex. June 29, 2021); *Green v. USA*, No. 6:21-CV-00647-ADA (W.D. Tex. June 24, 2021); *Green v. Pitman*, No. 6:21-CV-00618-ADA (W.D. Tex. June 18, 2021); *Green v. Gimble, et al.*, No. 6:21-CV-105-ADA (W.D. Tex. Feb. 2, 2021); *Green v. Boyle*, No. 3:20-CV-03654-G-BN (N.D. Tex. Jan. 8, 2021); *Green v. Lumpkin, et al.*, No. 4:20-CV-04203 (S.D. Tex. Dec. 17, 2020); *Green v. McLennan Cnty. Jail, et al.*, No. 4:20-CV-04164 (S.D. Tex. Dec. 8, 2020); *Green v. Lumpkin, et al.*, No. 4:20-03954 (S.D. Tex. Dec. 3, 2020); *Green v. McClennan Cnty. Jail – Med. Dep't, et al.*, No. 4:20-CV-03949 (S.D. Tex. Nov. 20, 2020); *Green v. Univ. of Tex. Med. Branch, et al.*, No. 4:19-CV-04635 (S.D. Tex. Dec. 2, 2019); *Green v. Tarrant Cnty. Dist. Attorney, et al.*, No. 4:19-CV-00774-P (N.D. Tex. Sept. 30, 2019); *Green v. Tarrant Cnty. Dist. Attorney, et al.*, No. 4:19-CV-00714-O (N.D. Tex. Sept. 10, 2019); *Green v. Yeakel, et al.*, No. 1:19-CV-00584-FM (W.D. Tex. June 13, 2019); *Green v. Bennett. et al.*, No. 3:19-CV-00067-L-BT (N.D. Tex. May 21, 2019); *Green v. USA, et al.*, No. 1:19-CV-00485-LY (W.D. Tex. May 14, 2019); *Green v. Mitchell*, No. 3:19-CV-00016-C-BH (N.D. Tex. Jan. 23, 2019); *Green v. Parkland Mem'l Hosp., et al.*, No. 3:18-CV-03403-B-BH (N.D. Tex. Jan. 18, 2019); *Green v. The Dep't of Correction*, No. 3:18-CV-02118-B-BT (N.D. Tex. Jan. 18, 2019); *Green v. Pitman, et al.*, No. 6:19-CV-00018-ADA (W.D. Tex. Jan. 18, 2019); *Green v. Davis, et al.*, No. 3:18-CV-03309-B-BN (N.D. Tex. Jan. 10, 2019); *Green v. Love, et al.*, No. 6:18-CV-00513-TH-KNM (E.D. Tex. Jan. 8, 2019); *Green v. Love, et al.*, No. 6:18-CV-00472-TH-KNM (E.D. Tex. Jan. 7, 2019); *Green v. Mitchell*, No. 18-CV-00346-ADA (W.D. Tex. Nov. 26, 2018); *Green v. Stone, et al.*, No. 5:18-CV-01094-DAE (W.D. Tex. Oct. 18, 2018); *Green v. Tex. Parole Bd.*, No. 3:18-CV-02556-K-BK (N.D. Tex. Oct. 15, 2018); *Green v. Tex. Bd. of Pardons & Paroles, et al.*, No. 6:18-CV-00259-RAS-JDL (E.D. Tex. Aug. 10, 2018); *Green v. USA, et al.*, No. 4:18-CV-02435 (S.D. Tex. July 17, 2018); *Green v. Univ. of Tex. Med. Branch, et al.*, No. 6:18-CV-00022-RAS-JDL (E.D. Tex. June 28, 2018); *Green v. USA*, No. 6:17-CV-00235-ADA (W.D. Tex.

Plaintiff Demand $15 Million Dollars, 19-10322, Arts. 111, 83, 42 USC § 1983(g)(2) Congress Authority, Carlson v. Green, Lowell Green 3/23/2023.

D 4:19 cr-[illegible] Reed O'Conner 5

OBSTRUCTION [illegible] Page 1 of 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

The 5th Cir. 20-10754 (2021)

Lowell Quincy Green v. Judge Matt Johnson, 54th District Court of McLennan County, Texas. April 11, 2012 Grand Jury

Lowell Green
#00518622 Connally Unit
899 FM 632
Kenedy TX US 78119

Case: 5:23-cv-00225
Instrument: 5
mgr

Attorneys admitted to practice in the Western District of Texas must register for electronic filing.

Attorneys granted permission to appear pro hac vice must immediately register for electronic filing.

For Pro Se/Prisoner Filers: You are not required to file electronically or register for e-mail notification, however, non-prisoner pro se litigants may petition the Court for permission to electronically file.

For all these matters, please visit our website at:
www.txwd.uscourts.gov/CMECF

Information on or about March 24, 2012 Lowell Quincy Green did then and there while in the course of committing theft of property (1 Crate 10) and with intent to obtain "or" maintain control of property. (Void on its face, Green v. State. 04-13-00456-CR (Fourth) Court

Page 1. See other side

Of Appeals) 300 Dolorosa San Antonio, Texas Suite # 3200 (Cause no. 2012-704-2),
(3) intentionally "or" knowingly threatened or placed Chad Krawick Stinger's Convenience store clerk in fear of imminent bodily injury "or" death (1 CR. at 6) Lowell Quincy Green did then and there
(4) used "or" exhibited a deadly weapon,
(5) to-wit: a firearm "or" BB Handgun. (1 CR. at 6) Jury trial May 13, 2013 Judge Matt Johnson said Aggravated Robbery, Tumey v. Ohio, 273 U.S. 510, 535 (1927) (Chief Justice Catherine Stone, Justice Chapa) No. 04-13-00456CR, affirmed illegal Life Sentence without (Jurisdiction) Feb. 19, 2014 (was not impartial)
(6) (illegal) appellate counsel Stan Schwieger

Page 4 of 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

No. 7:16-CV-14 N.Dist Feb. 14. 2016)
Judge Reed O'Connor's. NO. 4:19-CV-794, 20-10754

LOWELL Q. GREEN, TDCJ #00518622, Plaintiff,
Reed O'Connor's Lying to Congress. 5:23-CV-00225

(9) v. The United States of America is

§ SA-23-CV-0225-JKP

JUDGE MATT JOHNSON, ET AL., Defendants.
is sued for its agents illegal acts and omissions supported by FBI Record 6:15-CV-205 Records

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three-strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Q. Green's presumed request to proceed IFP is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-strikes dismissal rule of 28 U.S.C. § 1915(g). inapplicable. 18USC§401

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application. (inapplicable)

**IT IS FURTHER ORDERED** that the above-entitled cause is hereby **CLOSED**. 18USC§401

SIGNED this 10th day of March, 2023.

(10) Plaintiff Demand $7.25 Million Dollars illegal restraint Jason Pulliam under Lowell Delaney Green. #82-90247RU.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

(11) Witness J. Torres. Mailroom Supervisor. Filed the indictment. STATEMENT [illegible] A. With the clerks. 5:23-cv-225

Lowell [illegible] Page 4. March 27, 2023

600 Austin Ave # 12 Waco, Texas 76701. PDR-NO 0343-14 (Tex. Crim. App. June 11, 2014) COA NO. 04-13-00456CR (Cert. Denied) 88292 Treason:

7. State Habeas, WR-82,981-02 (Jan. 06, 2015) and April 1, 2015 Denied without Hearing (Co: 15-cv-295) Records (Contempt) Walter S. Smith, Jr. Jeffrey C. Manske, Robert L. Pitman lied under Oath with Ken Paxton and Susan Francis San Miguel. [crossed out] Lowell Dewincy Green F82-90247-RU Aggravated Robbery 291st Dist. Court Dallas County, Texas, Nov. 17, 1982 (Stipulated) Judgment. On Federal (FBI) File. Claiming False Life Sentence. 16-50522 (Co: 17-cv-295) 17-50973 (Treason) (5th Circuit)

8. 19-20427 Green v. Stephens, NO. 4:15-cv-3257 (S.D. Tex. Nov. 06, 2015) (Melinda Harmon Treason) how can this Court continue to obstruct justice, USDC

Page 3. See other side

Contempt. 18 USC § 401 (NO. 5:23-cv-305) Page 1 of 14

1. The United States Congress established the Federal jurisdiciary. Article III of the United States Constitution, Western District of Texas Dallas Division.

2. 28 USC § 2254. 19-10322 Lowell Dequincy Green (3753 Bernal Drive Dallas, Texas 75212) July 1982 (illegal) 4 years Adult Probation Burglary Building Brancato's Foods West Dallas, while on Texas Youth Commission (TYC) Parole for the October 1980 Aggravated Robbery, Parole October 1981 from Giddings State Reformatory School the Dallas Police Dept. arrested Lowell Quincy Green B/M DOB: May 13, 1965 Age 17 years old Social Security Number Last Four Digests 3440. and booked him into the Dallas County Jail as an adult, denied due process of law, was not certified as an adult, rendered the (4) years Adult Probation Community

Page 1. See other side

supervision and restitution (illegal) and unauthorized July 1982, even the name LOWELL DEQUINCY GREEN is (wrong) on the FBI Report, charging this Court with Contempt, False Imprisonment, obstruction, aiding Susan Francis San Miguel and Rebecca T. Rutherford to evade Federal Conspiracy charges based on recorded documentation,

(3) (291st District Court of Dallas County), Texas. September 21, 1982 LOWELL DEQUINCY GREEN Probation violator arrested in West Dallas Housing Projects by Irving Police Detective Renfro. Burglary of Habitation Irving, Texas and Aggravated Robbery Dallas County, Texas; Disposition Cause Number F82-90247-RU (illegal) (5) years Plea-Bargain (11/17/1982) SID-TX 03036024 (TDCJ-TX 236065 (12/12/1982) FDC NO. 346775 (FBI) Report. 19-10322 (Rebecca T. Rutherford) (Susan Francis San Miguel) (3:18-CV-1454-M-BT) (Discharged Sept. 21, 1987) by LAW, the

Parole Board did not revoke the (TYC) Parole 1980 (Aggravated Robbery) with a Deadly Weapon, to-wit: Knife, and the Dallas County (white) Government officials willfully violated Federal Laws by illegally restraining a Negro child July 1982 without legislative Authority is a Federal Crime. 18 U.S.C. §§ 241, 242; even Federal Judges and Clerks can be charged with (RICO) ongoing Criminal enterprise September 21, 1982 Cause No. F82-90247-RU. 291st Dist. Court (Void),

(4) November 19, 1986. 292nd District Court of Dallas County, Texas. LOWELL DEQUINCY GREEN Cause no. F86 69827-LV. Tex. Penal Code Ann. §31.07, the grand jury (omitted) the (exact) automobile and Value, and the "prior" Conviction(s) December 16, 1986 (illegal) 6 years. SID TX03036024 (DOC) January 1987 TDC NO. 440123,

 See other side,

(FBI Report) (19-10322) (3:18-cv-1454-M-BN) Records

(Discharged November 19, 1992) by Law.

(5.) May 23, 1989. LOWELL DEQUINCY GREEN (3753) Bernal Drive Dallas, Texas 75212 did then and there unlawfully knowingly and intentionally, Cause no. F89-97008-H. Tex. Penal Code Ann. § 31.07. April 1989. Janet Hertel, Foreman of the Grand Jury In The 283rd District Court of Dallas County, Texas.

(6) (EXONERATION) was final authority, [illegible]/1989

(7) "Susan Francis San Miguel" [illegible]. 3:18-cv-1454-M-BT (ECF at 3 at 2) Cause no. F89-97008-H void on its face, it does not allege intentionally or knowingly operate a Light Blue Cadillac Buick, 2 Doors, 1980 Model, Make, License Plate, Vehicle Identification Number, Value of Richard Elliott's Automobile,

May 23, 1989, Texas State Trooper Report, Tarrant County, Arlington Texas

Police Department (Records); Dallas County Police (Records) Texas Rules of Evidence Rule 803(8)(C) Public Records. Dallas County Criminal District Attorney May 23, 1989 JOHN VANCE (Cause No.) F89-97008-HT, Form...223 F86-69827. F82-90247-RU. 283rd District Court of Dallas County, Texas. APRIL 1989 Janet Hawley Foreman of the Grand Jury. Texas Constitution Article 1. § 10 (Bill of Rights) barred Prosecutor D. Pickett, Public Defender J. Whittier, Judge Jack Hampton from illegally prosecuting void indictment (s) August 10, 1989 Jury Trial (illegal) Verdict Foreman of the Jury: Mary Jane Serris, and (illegal) (30) years Judge Jack Hampton. SID-H03036024 Cause NO. F89-97008-HT. the Judgment was "not signed". Aug. 10, 1989. "Not" Right thumbprint (void) Judgment received DOCJ Huntsville State Classification and Records. TDC NO. 518622 (ND) Parole Revocation TDC NO. 440123. Sheryl Hunt,

(8): (illegal) Commitment Judge Jack Hampton

 See other side

Signed Notice of Appeal to the Fifth Supreme Judicial Appeals Court at Dallas, Texas Sept. 08, 1989 Cost $72.00 violated 18 U.S.C. §§241, 242 and Constitutes deprivation liberty in direct violation of the United States Congress Thirteenth Amendment at the time the text was written (1862) "NO" blacks could be forced into "slavery" [nor] "involuntary servitude." AMENDMENT XIII (1865), except as punishment [duly] authorized.

(9) (19-10322) (3:18-CV-1454-M-BT) illegal appeal NO. 05-89-01170-CR (Fifth District Court of Appeals at Dallas) "unknown" Appellate Counsel, June 11, 1990. affirmed (30) years (illegal) Justice Thomas Baker (3:18-CV-1454-M-BT) (FBI) Records

(10) LOWELL DEQUINCY GREEN V. THE STATE OF TEXAS. IN TEXAS COURT OF CRIMINAL APPEALS. PDR-0592-90 CoA NO. 05-89-01170-CR. Cause no. F89-97008-HG (illegal) and (unauthorized) Filings by State appointed appellate Counsel violating federal law willfully (Dec. 12, 1990)

(3:18-cv-1459-M-BT)/(WR-82,981-07) the issue unlawfully restraint was not resolved and clearly disregarded by federal government (employee's) "willful" neglect of duty, disrespect for the Laws of Congress, breach-of-Oath, inability, dishonesty, and issueing illegal Orders which are "Null" and "Void" and deserves "NO" respect whatsoever, because Congress do not support judge's who violate the Constitution just to please Ken Paxton, Gov. Abbott (Ku Klux Klan), 19-10322 Lowell DE-Texas Government, Quincy Green TDC NO. 518622 impossible Life Sentence, May 23, 1989. TDC Rec'd August 28, 1989 (V.) Lorie Davis. 3:18-cv-1459-M-BT (N.D. Tex. May 29, 2018) ignorance of the Thirteenth Amendment, Section 1, is not excuse for federal judges under

Page 7. See other side

Article VI Oath or affirmation is plain "Treason". 19-10322 (5th Cir. June 7 2019) Case No. 3:18-cv-1454-M-Br DKt 55-1 (35) years Cause no. F89-47008-Hs (EXPIRED) May 23, 2019 by Law. Judge Barbara M.G. Lynn, incompetent on 28 USC § 2254 violated the United States Constitution Fourteenth Amendment (Equal Protection of Laws) she put her "trust" in Rebecca T. Rutherford, who "deceived" Hon. Barbara M.G. Lynn. Wilson v. Cooke, 814 F.2d 614, 615 (11th Cir. 1987) (district judge's acceptance of magistrate judge's report and recommendation in habeas proceeding without transcript or tape of proceedings before magistrate was error),

(11) 19-10322 (5th Cir) Reversed and remanded, Case 3:18-cv-1454-M-Br DKt 55-1 NOTICE OF APPEAL (Mar. 07, 2019) all Mail Tower Susan Francis San Miguel accepted and agreed with Green, actually "impeaching" Rebecca T. Rutherford,

3:18-CV-1459-M-BT (Quo Warrant) Granted by Rebecca T. Rutherford. 18 USC §401(1)(2012)(Contempt). Tumey v. Ohio, 273 U.S. 510, 535 (1927) (Judge was not impartial, she was dishonest, lying, under her own Oath, she has no morals),

(12) 3:18-CV-1459-M-BT Green v. Lola. Filed August 20, 2019. Rebecca T. Rutherford she even notified Susan Francis San Miguel, via E-Filing. 18 USC §401 Congress disallows "Treason" and this Court is engaging in illegal activity,

(13) Case 3:19-cr-0016 (F0497008-H) (6:16-cv-1201) (E.D. Sel Tuler Nov. 06, 2016) FALSE IMPRISONMENT (K. Nicole Mitchell, Robert Stradter) (Sam Cummings, Irma Carrillo Ramirez) (Sued) $7.25 Million, (6:17-cv-430-John D. Love.) Violating CONGRESS employee's Contract (5) (6:18-cv-259) (3:18-cv-2556 Ed Kinkeade, Renee Toliver Harris Sued) (3:21-cv-3190) (Same) (Irma Carrillo Ramirez, David L. Horan) (3:20-cv-02768) (F0497008-H) WR-82,981-13. JOHN CREUZOT) (A. Joe Fish)

Page 9. See other side

is sued. illegally restraint of a Black citizen violates "Public Policy" per se, Federal Bureau of Investigation (Report) was presented to the clerk's office. Green v. Boyle, et. al. 19-10208 (Case 3:18-cv-2118)

(14) (3:20-cv-03654) (N.D. Tex. Jan. 05, 2021) (Irma Carrillo Ramirez) Referral Granted. case assigned David L. Horan (Contempt of Court) (3:18-cv-3381, 3:20-cv-02768, 3:20-cv-03654, 3:21-cv-3190)

(15) Congress, United States Attorney General, Federal Bureau of Investigator's cannot be defrauded by this court judge(s) and clerks, & obstruction, that proves "Treason" on the pleadings. Case 3:20-cv-03654, Bivens, Action (Reinstated). Adeyosaba v. Hammons, 103 F.3d 384 (5th Cir. 1996) n.1. Adeosaba v. United States Postal Services, No. 94-10259, 32 F.3d 566 (5th Cir. July 28, 1994) (reversal and remand of Bivens action dismissed by district court).

Complaint alleges Constitutional deprivation. Green v. Carlson, 649 F.2d 285, 287 (5th Cir.)(per curiam). See U.S. Const. Amendment 1. Section 10 as applied to LOWELL DEQUINCY GREEN TDC NO. 518622, WR-82,981-07 (April 25, 2018)(3:18-cv-1454-M-BT) May 29, 2018 - May 23, 2019) 19-10322 violated the EX POST FACTO PROTECTION Case 3:18-cv-1454-M-BT (Received June 14, 2019) Dkt 55-1 Case NO. 3:18-cv-1454-M-BT Aug. 20, 2019 (Rebecca R. Rutherford) "unclean" hands. (19-10208) putting work 3:18-cv-2118, she cannot be trusted. (3:20-cv-02768)(her record) was the [illegible] warranto against Rebecca R. Rutherford Judicial Complaint Signed by Carl E. Stewart Chief Judge Fifth Circuit (3:20-cv-02768) was not on a standard 28 USC § 2254 (form),

16 therefore, the Court "lied" on recorded document(s), under Oath, "usurpation",

Page 11. See other side

$7.25 Million dollars against the United States, (Carl E. Stewart) 19-10141 Case 3:18-cv-3403 Dallas County, Sept. 21, 1996 (Parkland Hospital) Patient. (17). (Patient: ~~[illegible]~~ V UTMB Patient) LOWELL DEQUINCY GREEN (1996), ~~[illegible]~~

(18) North Richland Hills Medical Center Patient: Lowell Quincy Green treated August 2002 due to UTMB Negligence (Recorded), Green v. UTMB. No. 6:18-cv-22 (Texas Tech) (7:16cv741, 18-40~~[illegible]~~ (McLennan County Jail)

(19) LOWELL DEQUINCY GREEN LIFE SENTENCE, 25 years, 25 years, 25 years, (6:18-cv-513), 20-40268 United States Defendant, Guilty as charged John D. Love (6:17-cv-430) (6:18-cv-2599) (3:18-cv-2559) acceptance constitutes (Treason) (3:21-cv-3190) Parole Board (Never Violated Cause no. F82-90247RU, Sept. 21, 1982, Treason (March 27, 2023) LOWELL DEQUINCY GREEN #519622 (EXPIRED) 5/13/2019, (3:18-cv-1459-M-BT) 19-10322, I DEMAND MY

LIBERTY AS A RIGHT. The United States Congress abolished Slavery, you white (judges) and (clerks) are guilty of Treason to Congress thirteenth and Fourteenth Amendment and deliberately caused irreparable damage to a "human Liver" because you have no soul for human lives, you are heartless people violating Citizens (Bill of Rights) and you lie to protect each other, you "abandon" the Constitution,

(20) [illegible] Jane J. Boyle. 19-10208 (3:18-cv-2118)(19-10322)(3:18-cv-1459-M-BN) but you shall answer Congress. U.S. Atty. General. FBI Records (3:20-cv-02769)

(21) (3:20-cv-03654) $7.25 Million Dollars

Pay to the Order Of Mr. Lowell Quincy Green No. W.4216 §4613(g)(2), END OF THE LITIGATION.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
262 W. Nueva, Suite 1 - 400
San Antonio, Texas 78207

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE FRENCH
CHIEF DEPUTY

March 13, 2023

(23) The FBI Report Rebecca T. Rutherford (3:22-cv-01248) She "accepted" Green's Criminal Files, 28 CFR §16.30. She shall returned those documents to the FBI, or to Green.

Lowell Green
#00518622
Connally Unit
899 FM 632
Kenedy, TX 78119

(24) RE: Case #5:23-cv-00305-XR (Xavier Rodriguez) Green witness, (6:22-cv-609) (Rebecca T. Rutherford) lying on records. 19-10322 (3:18-cv-1459-M-BK)

Dear Mr. Green:

Your Petition for Writ of Habeas Corpus was filed in our office on 3/8/2023 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

ILLEGAL RESTRAINT

Sincerely,

By BT
Deputy Clerk

CONCLUSION

(25) Plaintiff incorporate paragraphs 1 through 24, demanding his expedited release and $7.25 Million Dollar Settlement, with Congress Art. III. §2 "Controversy" Lowell Q. Green (3/27/2023). JUDGE, not CLERK

Lowell Green.